UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. _____  **08-23549**

HOLLY SMOLNIKAR, individually

    Plaintiff,

**CIV-JORDAN**

/ McALILEY

v.

ROYAL CARIBBEAN CRUISES, LTD., a
Liberian corporation and CHUKKA
CARIBBEAN ADVENTURES CORP., a
Florida corporation,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

TO:    Bradley H. Stein
        Registered Agent
        for Defendant
        ROYAL CARIBBEAN CRUISES, LTD.
        1050 Caribbean Way
        Miami, FL 33132

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY: JACK PARIS, ESQ., THE COCHRAN FIRM, 2541 SW 27 Avenue, Miami, Florida 33133:

an answer to the Complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Steven M. Larimore                    DEC 2 9 2008

CLERK                                          DATE
*Autumn Sandul* (signature)
(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. _____

HOLLY SMOLNIKAR, individually

Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD., a
Liberian corporation and CHUKKA
CARIBBEAN ADVENTURES CORP., a
Florida corporation,

Defendants.
_____/

**08-23549**

**CIV-JORDAN**

/ McALILEY

**SUMMONS IN A CIVIL CASE**

TO:   Law Center of the Americas, LLC
      Registered Agent
      for Defendant
      CHUKKA CARIBBEAN ADVENTURES CORP.
      701 Brickell Avenue
      Suite 1400
      Miami, FL 33131

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY: JACK PARIS, ESQ., THE COCHRAN FIRM, 2541 SW 27 Avenue, Miami, Florida 33133:

an answer to the Complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Steven M. Larimore                              DEC 2 9 2008
_____               _____
CLERK                                          DATE
_Autumn Sanford_
(BY) DEPUTY CLERK