UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-23549-CIV-JORDAN

| | |
|---|---|
| HOLLY SMOLNIKAR            Plaintiff | )<br>)<br>) |
| vs. | ) |
| ROYAL CARIBBEAN CRUISES LTD., and CHUKKA CARIBBEAN ADVENTURES CORP.            Defendants | )<br>)<br>)<br>)<br>)<br>) |

### Order

On March 4, 2009, Chukka Caribbean Adventures Corp., filed a motion for summary judgment. By this order, **Ms. Smolnikar is put on notice that I will take under advisement Chukka Caribbean's motion on Friday, July 3, 2009. Accordingly, Ms. Smolnikar has until that time to file any sworn affidavits or other materials in opposition to Chukka Caribbean's motion for summary judgment**. *See generally* Federal Rule of Civil Procedure 56.

If Ms. Smolnikar fails to respond, Chukka Caribbean's evidence may be accepted as true if it is not contradicted by any sworn affidavits, summary judgment may be entered in favor of Chukka Caribbean, and final judgment may be entered against Ms. Smolnikar without a full trial. *See Brown v. Shinbaum*, 828 F.2d 707, 708 (11th Cir. 1987). *See also Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985) ("[A]n adverse party must be given express, ten-day notice of the summary judgment rules, of his right to file affidavits or other material in opposition to the motion, and of the consequences of default. That done, the court may properly take the motion under advisement as of a day certain and may rule on the motion consistent with the dictates of procedural fairness required by Rule 56."). Ms. Smolnikar is also placed on notice that she cannot just rely on the allegations of her complaint. She must present evidence – by way of affidavits, depositions, or documents – to create an issue of material fact.

Done and Ordered in chambers in Miami, Florida, this 18th day of May, 2009.

_____
Adalberto Jordán
United States District Judge

Copy to:   All counsel of record
           Holly Smolnikar
           5935 Birch Street, #2
           Carpinteria, CA 93013