UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-23549-CIV-JORDAN

| | |
|---|---|
| HOLLY SMOLNIKAR | ) |
| Plaintiff | ) ) ) |
| vs. | ) |
| ROYAL CARIBBEAN CRUISES LTD., and CHUKKA CARIBBEAN ADVENTURES CORP. | ) ) ) ) ) |
| Defendants | ) |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING CASE**

In my previous order, I granted The Cochran Firm's motion to withdraw and instructed Ms. Smolnikar to obtain new counsel no later than June 19, 2009. *See* Order on Pending Motions [D.E. 23]. I also granted Ms. Smolnikar's motion for an extension of time to respond to Chukka Caribbean's motion for summary judgment, and instructed her to file her response no later than July 3, 2009. In a separate order, I provided her with the requisite Rule 56 notice which put her on notice that I would take under advisement the motion for summary judgment on July 3, 2009. *See* Order [D.E. 24]. To date, Ms. Smolnikar has not indicated that she has obtained counsel, filed a response to the motion for summary judgment, or requested an extension of time to do. Accordingly, this case is DISMISSED WITHOUT PREJUDICE for lack of prosecution. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629-32 (1962). Ms. Smolnikar may move to reopen this case no later than July 28, 2009, if she responds to the motion for summary judgment.

Chukka Caribbean's motion for summary judgment [D.E. 8] is DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 14th day of July, 2009.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record