UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-23549-CIV-JORDAN

| | |
|---|---|
| HOLLY SMOLNIKAR | ) |
|     Plaintiff | ) ) ) |
| vs. | ) |
| ROYAL CARIBBEAN CRUISES LTD., and CHUKKA CARIBBEAN ADVENTURES CORP. | ) ) ) ) ) |
|     Defendants | ) |

**ORDER DISMISSING CHUKKA CARIBBEAN ADVENTURES WITHOUT PREJUDICE**

The May 5, 2010 order [D.E. 74] gave Ms. Smolnikar until June 5, 2010 to file proof of service of process against Chukka Caribbean Adventures Ltd. This deadline has passed and Ms. Smolnikar has not filed proof of service of process. As a result, the action against Chukka Caribbean Adventures, Ltd. is DISMISSED WITHOUT PREJUDICE for failure to effect service of process under Rule 4(m).

This action remains pending as to Royal Caribbean Cruises.

DONE and ORDERED in chambers in Miami, Florida, this 7th day of June, 2010.

_____
Adalberto Jordan
United States District Judge

Copies to:   All counsel of record