UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 08-23549-CIV-JORDAN

HOLLY SMOLNIKAR,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD.,
A foreign corporation, and
CHUKKA CARIBBEAN ADVENTURES
LTD., a foreign corporation,

    Defendants.

_____/

                    CUSTOM VIDEO SERVICES, INC.
                    28 West Flagler Street
                    Suite 806
                    Miami, Florida
                    Thursday, 1:15 p.m.
                    May 20, 2010

VOLUME II

VIDEOTAPED DEPOSITION OF PAUL LOUGHRIN

      Taken before Paula Pace, Shorthand Reporter, Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above case.

**EXHIBIT 1**



JEANNIE REPORTING, INC. (305) 577-1705

1    be a couple of pages down.  Do you see that?
2         A.   I see it.
3              MR. BILLERA:  That is all I have.
4                      RECROSS-EXAMINATION
5    BY MS. QUILDON-MILLER:
6         Q.   I have two quick follow-ups.
7              When you were asked to do a review of
8    -- to search for any and all substantially similar
9    complaints, claims, incidents, meaning anyone who
10   was -- had participated in a zip-line tour and hit
11   a tree, you consulted with risk management to
12   conduct a search of their database, as well as
13   looking in your voyage files, correct?
14        A.   Yes, correct.
15        Q.   And as a result of that, was there any
16   substantially similar incident found?
17        A.   No.
18        Q.   When you were asked earlier about, you
19   know, the ten or twelve lines of questions about
20   would you agree that this is your duty to review a
21   safety -- are you here to offer any type of legal
22   opinions as to --
23        A.   No, I am not a lawyer.
24        Q.   -- as to -- I am sorry -- are you here
25   to offer any legal opinions as to what Royal

```
 1      Caribbean's duties are or are not?
 2           A.   No.
 3           Q.   Do the medical records that you were
 4      just asked to review, do they state in any way,
 5      shape or form, based upon your review of them, that
 6      the morphine that she was given, and the Demerol
 7      that she was given, and the I.V. that she was
 8      given, and the catheter that she was given was as a
 9      result of her participating in a zip-line tour and
10      hitting a tree?
11                MR. BILLERA:  Asked and answered.
12                THE WITNESS:  No.
13                MS. QUILDON-MILLER:  That is all I
14           have.  We are going to read.
15                MR. BILLERA:  I have follow-up,
16           though.
17                MS. QUILDON-MILLER:  Sure.
18                FURTHER REDIRECT EXAMINATION
19      BY MR. BILLERA:
20           Q.   Sir, when you testified regarding
21      duties and obligations for the company, you don't
22      know what the duties and the obligations for the
23      company are, what the legal duties are?
24           A.   I am not a lawyer, and I -- I don't
25      know what the legal duties of overall -- I am not a
```

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:  08-23549-CIV-JORDAN

HOLLY SMOLNIKAR,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD.,
A foreign corporation, and
CHUKKA CARIBBEAN ADVENTURES
LTD., a foreign corporation,

    Defendants.
_____/

                 CUSTOM VIDEO SERVICES, INC.
                 28 West Flagler Street
                 Suite 806
                 Miami, Florida
                 Thursday, 1:15 p.m.
                 May 20, 2010

VOLUME II

VIDEOTAPED DEPOSITION OF PAUL LOUGHRIN

    Taken before Paula Pace, Shorthand Reporter, Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above case.



JEANNIE REPORTING, INC.  (305) 577-1705

1  is going on.
2            I -- if anything, I would maybe check
3  out their website, are they offering this tour and
4  do some things, investigate what is Carnival
5  offering these tours, to validate the tour
6  operator, if they are telling us they are working
7  with Carnival, if I don't want to call them, I will
8  look on their website and see if they are being
9  offered.
10           It is a fairly simple way of
11 validating that that operator is confirmed and
12 doing what he's saying, so those kind of things.
13      Q.   Again, no safety checks on-site,
14 correct?
15      A.   Royal Caribbean won't -- doesn't
16 perform them because we are not the -- I wouldn't
17 say.  I would say that we are not -- we don't have
18 the expertise on that type of program.
19           There are a lot of different things
20 that we do within the industry.  We are in the
21 guest vacation, guest experience business.  And we
22 bring in either experts that have either been doing
23 it, but we don't do it, Royal Caribbean ourselves,
24 and send out safety.  We don't --
25           We rely on the experts within the



| | |
|---|---|
| 1 | industry, governing these bodies, such as the PADI, |
| 2 | Professional Association of Diving Instructors, |
| 3 | that have policies and procedures for the diving |
| 4 | procedures.  If they are operating a dive shop, |
| 5 | they must be meeting certain criteria. |
| 6 | If they are working with reputable |
| 7 | operators that build, install and train their |
| 8 | staff, those are the ones that should be performing |
| 9 | inspection and then -- then tell us that they are |
| 10 | working with them.  Not Royal Caribbean, going out |
| 11 | and doing safety inspections on something that we |
| 12 | are not that familiar with. |
| 13 | Q.   What experts -- or which experts have |
| 14 | you hired to go inspect zip-line or canopy tours, |
| 15 | if any? |
| 16 | A.   I don't think -- other than who we |
| 17 | have hired, I don't know if we have hired any.  I |
| 18 | am not aware that we have hired any for any of the |
| 19 | different shore excursions. |
| 20 | I know that the tour operators are |
| 21 | working with and affiliated with certain operators |
| 22 | or people that have -- organizations that have |
| 23 | either built or installed this specific zip-lines |
| 24 | that they have performed in part of their training. |
| 25 | They have said, they have all their |

