UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-23549-CIV-JORDAN

| | |
|---|---|
| HOLLY SMOLNIKAR | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| ROYAL CARIBBEAN CRUISES LTD., | ) ) |
| Defendant | ) ) |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

Royal Carribean Cruises' motion for summary judgment [D.E. 108] is GRANTED. A detailed order will follow shortly.

DONE and ORDERED in chambers in Miami, Florida, this 31st day of March, 2011

.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record