UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-23549 CIV-JORDAN/MCALILEY

HOLLY SMOLNIKAR, individually

        Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD., a
Liberian corporation,

        Defendant.

_____/

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before the Court on the Parties' Stipulation for Dismissal with Prejudice, the Court being fully advised that the parties have amicably settled this case, and being otherwise fully advised in the premises, it is hereupon:

**ORDERED AND ADJUDGED** that this action be and the same is hereby dismissed, with prejudice, each party to bear his/her/its own costs, expenses and attorneys' fees. All subrogated liens and claims, and charging liens, are to be paid from the settlement proceeds. This Court shall reserve jurisdiction to enforce this settlement for period of ninety (90) days.

9-1-11

JUDGE ADELBERTO JORDAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA